# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

STATE OF DELAWARE )
)
)
v. ) I.D. NO.: 1909006600
)
)
CARLTON KILSON )
)
Defendant. )
)

Submitted: August 6, 2024
Decided: October 21, 2024

## ORDER

On this 21st day of October, 2024, upon consideration of Defendant Carlton Kilson's ("Defendant") *pro se* Motion for Correction of Illegal Sentence (the "Motion"),[1] the sentence imposed upon Defendant, and the record in this case, it appears to the Court that:

1. On June 27, 2024, Defendant was sentenced to 90 days at Level V, no probation to follow, for violating the terms of his probation.[2] Subsumed in that

---

[1] On July 31, Defendant sent a letter to the Court, seeking a correction of his sentence. *See* D.I. 43. Subsequently, on August 6, 2024, Defendant filed a motion for correction of illegal sentence on the same basis. *See* D.I. 44 (the Motion). This Order shall resolve the matters set forth in both submissions.

[2] D.I. 41 (Sentence Order). Defendant was found in violation of his probation through his commission of home improvement fraud. *See id.* The 90-day sentence had an effective date of June 12, 2024, with credit for 18 days previously served. *See id.*

sentence was a violation of probation originating from the Court of Common Pleas, which the Court consolidated under SB 50.[3] Subsequently, notwithstanding the consolidation, Defendant was found guilty and sentenced to 60 days at Level 5 for violating the terms of his probation in the Court of Common Pleas.

2. On August 6, 2024, Defendant filed this Motion pursuant to Superior Court Criminal Rule 35(a).[4] In the Motion, Defendant asks the Court to vacate his 60-day Level V sentence imposed by the Court of Common Pleas.[5]

3. Department of Correction's records indicate that Defendant's sentence was corrected and that he was released from custody on August 16, 2024.

4. Accordingly, Defendant's Motion is **DENIED** as **MOOT.**

**IT IS SO ORDERED.**

_____
Sheldon K. Rennie, Judge

Original to Prothonotary

cc:    Carlton Kilson (SBI# 00313300)

---

[3] *Id.* The Sentencing Worksheet indicates in the box titled "SB 50" that the case numbered "CCP-VN1910379101" has been consolidated. *See id.*
[4] D.I. 44.
[5] *Id.*